# IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
# IN AND FOR PALM BEACH COUNTY, FLORIDA
# CIVIL DIVISION

**CASE NO.:**
**DIVISION:** Circuit Civil

**TRIAL BY JURY DEMANDED**

COPY
RECEIVED FOR FILING

MAY 0 2 2025

JOSEPH ABRUZZO
Clerk of the Circuit Court & Comptroller
CIRCUIT CIVIL DIVISION

---

**MATTEO BLANCO**, sui juris,
Executor of the Estate of MATTHEW NICHOLAS
MANISERO™,
Plaintiff,

v.

**PALM BEACH COUNTY SHERIFF'S OFFICE, in its official capacity;**

**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, in its official capacity;**

**CITY OF BOCA RATON POLICE DEPARTMENT, in its official capacity;**

**FLORIDA HIGHWAY PATROL, in its official capacity;**

**STATE ATTORNEY'S OFFICE FOR THE 15TH JUDICIAL CIRCUIT, in its official capacity;**

**CLERK OF COURT FOR PALM BEACH COUNTY, in its official capacity;**

**Defendants.**

---

# VERIFIED CIVIL COMPLAINT FOR DAMAGES AND CONSTITUTIONAL VIOLATIONS

---

Plaintiff, Matteo Blanco, appearing in proper person, sui juris, and not as a corporate fiction or legal entity, brings this Verified Complaint for damages and constitutional violations against the above-named Defendants, and states the following:

---

# I. PARTIES

1. Plaintiff, Matteo Blanco, is a living man domiciled in Boca Raton, Florida, acting in the capacity of executor for the estate known as MATTHEW NICHOLAS MANISERO™. Plaintiff is the secured party creditor and authorized representative for the legal estate known as MATTHEW NICHOLAS MANISERO™, as recorded by UCC-1 Financing Statement on file. (See Exhibit A)

2. Defendant, Palm Beach County Sheriff's Office, is a law enforcement agency headquartered in West Palm Beach, Florida.

3. Defendant, City of Boca Raton Police Department, is a municipal police agency under the jurisdiction of Boca Raton, Florida.

4. Defendant, Florida Department of Highway Safety and Motor Vehicles, is a state agency with responsibilities over licensing and enforcement.

5. Defendant, Florida Highway Patrol (Troop L), operates within Palm Beach County and is tasked with highway enforcement under state authority.

6. Defendant, State Attorney's Office for the 15th Judicial Circuit, is responsible for criminal prosecution and legal

proceedings within Palm Beach County.

7. The Palm Beach County Clerk of Court is the administrative body responsible for docketing and issuing court records. It is not named as a defendant at this time but is referenced herein solely due to its procedural role.

---

## II. JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction under Article V, Section 5(b) of the Florida Constitution and Chapter 26 of the Florida Statutes, as this is a civil action seeking damages in excess of $50,000.

9. Venue is proper in Palm Beach County pursuant to Florida Statute § 47.011, as all material events occurred in this jurisdiction.

**All Defendants are public officials or agencies operating within Palm Beach County, giving rise to jurisdiction in this Court.**

---

# III. FACTUAL ALLEGATIONS

10. On October 15, 2024, Plaintiff was involved in a traffic accident in Boca Raton, Florida, and was rendered unconscious, placed in a coma, and hospitalized for over a month, suffering multiple permanent injuries including a shattered pelvis, wrist, and a leg surgically reconstructed with metal.

   **Plaintiff was the only individual injured in the incident, and the only known victim harmed, despite being struck by another vehicle. No other parties reported injuries, further emphasizing the failure of authorities to initiate any lawful investigation or provide medical or legal follow-up.**

11. No law enforcement officer spoke to Plaintiff at the scene or during his hospitalization. No investigation was initiated by the Boca Raton Police Department or any agency.

12. Plaintiff retained legal counsel to check for citations or charges. Counsel confirmed there were none at the time.

13. Several months later, Plaintiff received citations in the mail from Palm Beach County, alleging:

- Driving with a suspended license (Florida Statute § 322.34(2)(b))

- No motorcycle endorsement (Florida Statute § 322.03(5))

14. These citations were sent to an unrelated, incorrect address. Plaintiff never received proper or lawful notice. He had no knowledge of any court hearing.

15. As a result of this breakdown, a bench warrant was issued, and Plaintiff was arrested despite being disabled and in recovery, suffering extreme emotional trauma and humiliation.

16. Palm Beach County had Plaintiff's correct address on file, as evidenced by prior communications, yet knowingly failed to serve citations to the lawful address.

17. Plaintiff continues to suffer physically, financially, and emotionally due to Defendants' failure to provide due process, care, or legal recourse at any stage following the crash.

18. The issuance of citations months later, based solely on the uninvestigated CSO report, occurred without Plaintiff's consent, knowledge, or any verification of his

condition — amounting to retaliatory and administrative abuse under color of law.

19.   Upon information and belief, the official crash report generated in connection to the October 15, 2024 incident was authored not by a sworn law enforcement officer, but by a Community Service Officer ("CSO") employed by the City of Boca Raton Police Department, who **acted *ultra vires*, or beyond the lawful scope of their authority.** Community Service Officers in Florida are non-sworn personnel with no authority to conduct formal investigations, issue criminal citations, or make determinations of legal fault. Despite the severity of the incident and Plaintiff's hospitalization, no sworn officer ever contacted or interviewed Plaintiff, either at the scene or during his extended hospitalization. This lack of any meaningful investigation resulted in a one-sided, incomplete, and unofficial record, which later became the sole basis for the issuance of criminal citations — all without Plaintiff's knowledge, consent, or opportunity to respond.

# IV. CAUSES OF ACTION

## Count I – Fifth Amendment Due Process Violation

Defendants, acting under color of state law, deprived Plaintiff of liberty and property without due process of law. Citations were issued without lawful notice, based on a crash report authored by a non-sworn Community Service Officer. Plaintiff received no opportunity to be heard prior to a warrant being issued, resulting in a false arrest and unlawful deprivation of freedom and reputation. Plaintiff was denied procedural and substantive due process under the U.S. Constitution and Florida Constitution. Defendants' actions violated Plaintiff's rights to procedural and substantive due process under the Fourteenth Amendment of the U.S. Constitution and Article I, Section 9 of the Florida Constitution.

---

## Count II – Sixth Amendment Procedural Violation

Plaintiff was denied the constitutional right to be informed of the nature and cause of accusations against him. Defendants failed to notify Plaintiff of any court dates or

citations. The citations were sent to an incorrect address, and Plaintiff had no knowledge of any scheduled proceeding, denying him the opportunity to defend himself in violation of the Sixth Amendment.

## Count III – Fourteenth Amendment Equal Protection & Due Process Violation

Defendants violated Plaintiff's Fourteenth Amendment rights by failing to provide equal protection under the law and by engaging in enforcement actions without lawful service, proper investigation, or accommodation of Plaintiff's disabled status. The decision to prosecute without verifying Plaintiff's condition or ensuring proper notice constitutes a deprivation of due process and arbitrary government conduct.

---

## Count IV – Violations of the Florida Constitution

Defendants' actions violated Article I, Section 9 (due process) and Section 21 (access to courts) of the Florida Constitution. Plaintiff was never served, notified, or given a lawful opportunity to appear in court. The arrest and related legal consequences stemmed from void process and systemic neglect by state and local agencies.

---

## Count V – Civil Rights Violation under 42 U.S.C. § 1983

Under color of state law, Defendants acted jointly and severally to deprive Plaintiff of his civil rights, including rights guaranteed by the Fourth, Fifth, Sixth, and Fourteenth Amendments. These acts were done knowingly, recklessly, and in violation of established constitutional protections, entitling Plaintiff to relief under 42 U.S.C. § 1983.

---

## Count VI – Eighth Amendment Violation: Cruel and Unusual Punishment

Plaintiff's rights secured under the Fourth, Fifth, Sixth, and Fourteenth Amendments were violated by Defendants acting under color of state law, resulting in unlawful arrest and detainment under conditions amounting to **cruel and unusual punishment**, in violation of the **Eighth Amendment**. Plaintiff was also subjected to **a deprivation of liberty without due process of law**, further violating the **Fifth and Fourteenth Amendments**. These constitutional violations occurred as a direct result of **policies, customs, or official**

**indifference**, pursuant to *Monell v. Department of Social Services*, 436 U.S. 658 (1978).

# V. RELIEF REQUESTED

**WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant the following relief:**

1. **Compensatory damages in the amount of $500,000.00**

   For catastrophic bodily injury resulting from the October 15, 2024 incident and the total failure of Defendants to investigate, contact, or intervene lawfully. Plaintiff's right leg was surgically reconstructed with metal and is now **permanently two inches shorter** than his left, resulting in permanent mobility loss, chronic pain, and lifetime orthopedic impairment. Plaintiff cannot walk unaided and requires future surgery and ongoing treatment.

2. **Emotional damages in the amount of $600,000.00**

   For severe mental distress, loss of peace, public humiliation, fear, and long-term psychological damage including PTSD symptoms aggravated by false arrest.

3. **Legal and civil rights damages in the amount of $750,000.00**

   For unlawful arrest, improper warrant issuance, failure to serve lawful notice, and total breakdown of due process in violation of Plaintiff's Fourth, Fifth, Sixth, and Fourteenth Amendment rights.

4. **Punitive damages in the amount of $1,000,000.00**

   For gross misconduct, willful negligence, systemic abuse of process, and intentional disregard for Plaintiff's constitutional protections — including the retaliatory issuance of citations months after the fact, as detailed in **Exhibit B**.

5. **Wrongful detainment damages in the amount of $150,000.00**

   For the arrest and confinement of Plaintiff during a period of physical disability, without lawful service, probable cause, or access to remedy.

6. **Additional damages in the amount of $300,000.00**

For:

- Loss of earning capacity

- Transportation needs

- Home accommodations

- Future medical treatments

- Assistive care related to Plaintiff's permanent physical impairment

- Lifetime orthopedic treatment and corrective devices to mitigate permanent leg length discrepancy and prevent spinal degradation

7. **Court costs, certified mailing expenses, filing fees, and administrative costs** incurred by Plaintiff in pursuit of this action.

8. **An order of injunctive relief** barring any further criminal or civil actions stemming from the incident dated October 15, 2024, unless and until full due process

and lawful jurisdiction are properly demonstrated and recorded.

9. **Eighth Amendment Cruelty Damages – $250,000.00** For cruel and unusual punishment inflicted upon a disabled Plaintiff without due process, including unjustified arrest, detainment while physically impaired, and emotional trauma sustained from treatment violating basic human dignity under the Eighth Amendment to the United States Constitution.

**Any additional relief** this Court deems just, proper, and equitable under the circumstances and law.

## Injunctive Relief Related to Improper Crash Report

**Additionally, Plaintiff seeks injunctive relief nullifying any criminal or administrative actions** derived from the crash report authored by a non-sworn Community Service Officer. As the report was compiled without lawful authority, lacking any direct testimony or investigative input from the Plaintiff, and was later used to justify criminal charges months after the fact, Plaintiff asserts that any such proceedings constitute a fraudulent abuse of process. Plaintiff respectfully requests that this Court bar the use or admission of said report in any civil or criminal context unless and until a proper, sworn investigation is completed in full accordance with Plaintiff's constitutional rights.

# Plaintiff further demands trial by jury on all issues so triable.

---

## TOTAL RELIEF REQUESTED: $4,050,000.00, plus costs and equitable relief.

---

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands that this Court:

A. Declare that Defendants violated Plaintiff's constitutional, civil, and natural rights;

B. Award compensatory and punitive damages in the amount of $4,050,000;

C. Grant injunctive relief enjoining Defendants from any future violation of rights;

D. Grant costs, court fees, and any other relief this Court deems just and proper in law or equity;

E. Issue a declaratory judgment that Plaintiff's constitutional and natural rights were violated under color of law;

F. That this cause be tried by a jury on all issues so triable.

G. That this Court issue a declaratory judgment pursuant to 28 U.S.C. § 2201 and § 2202, affirming that Plaintiff's constitutional and civil rights were violated by Defendants under color of law;

H. That this Court recognize Plaintiff's inherent rights as a living man, whose liberty and dignity were violated by public officials acting under the guise of administrative process rather than lawful authority. Plaintiff was subjected to state action in the form of administrative procedures disguised as justice, resulting in the deprivation of fundamental rights without due process. This recognition is essential not only to the vindication of Plaintiff's rights, but to affirm that no individual, regardless of status or agency, may circumvent constitutional protections through bureaucratic indifference or retaliatory misuse of governmental mechanisms.

# VII. VERIFICATION

## Attached Exhibits:

**Exhibit A – UCC-1 Financing Statement**
**Exhibit B – Crash Report (Community Service Officer Authored)**

 

    I, Matteo Blanco, sui juris, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this __1st__ day of __May__, 2025
Palm Beach County, Florida

Respectfully submitted,

By: _[signature]_

Matteo Blanco

Sui juris, Secured Party Creditor

Executor and Authorized Representative of the Estate of

MATTHEW NICHOLAS MANISERO™

(Beneficiary of Legal Person)

3100 S Dixie Hwy Apt H93
Boca Raton, FL 33432
All Rights Reserved — UCC 1-308

**Affirmed under penalty of perjury under the laws
of the United States of America and the State of
Florida that the foregoing is true and correct to
the best of my knowledge, belief, and firsthand
experience.**

---

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Complaint has
been mailed via certified mail with return receipt
requested to each named Defendant.

---

# EXHIBIT A – UCC-1 FINANCING STATEMENT

## EXHIBIT A
## UCC-1 FINANCING STATEMENT

This exhibit is a true and correct copy of the Uniform Commercial Code (UCC-1) Financing Statement filed by Plaintiff Matteo Blanco, securing his legal and equitable interest as Secured Party Creditor and authorized agent for the private estate known as MATTHEW NICHOLAS MANISERO™.

This filing establishes administrative standing, secured claim, and lawful distinction between the living man and the artificial legal entity created by the state. It is provided in support of Plaintiff's capacity to appear in proper person, sui juris, and to execute lawful remedy under private right.

(Attached: Filed UCC-1 Financing Statement)

ATE OF FLORIDA UNIFORM COMMERCIAL CODE
NANCING STATEMENT FORM

NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
ATTEO BLANCO; 7327107408

Email NBLSTUDIOS336699@GMAIL.COM

SEND ACKNOWLEDGEMENT TO:
me
ddress
dress
ty/State/Zip

Florida Secured Transaction Registry

# FILED

2025 Apr 11 09:22 PM

********* 202500915717 *********

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

DEBTOR'S  EXACT FULL LEGAL NAME  - INSERT ONLY  ONE  DEBTOR NAME  (1a OR 1b) - Do Not Abbreviate or Combine Names

ORGANIZATION'S NAME
TTHEW NICHOLAS MANISERO

| INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| MAILING ADDRESS Line One<br>)0 S DIXIE HWY APT H 93 | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY<br>BOCA RATON | STATE<br>FL | POSTAL CODE<br>33432 | COUNTRY<br>USA |

ADDITIONAL DEBTOR'S  EXACT FULL LEGAL NAME  - INSERT ONLY  ONE  DEBTOR NAME  (2a OR 2b) - Do Not Abbreviate or Combine Names

ORGANIZATION'S NAME

| INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| MAILING ADDRESS Line One | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE  SECURED PARTY  (3a OR 3b)

ORGANIZATION'S NAME
TTEO BLANCO

| INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| MAILING ADDRESS Line One<br>)0 S DIXIE HWY APT H 93 | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY<br>BOCA RATON | STATE<br>FL | POSTAL CODE<br>33432 | COUNTRY<br>USA |

This FINANCING STATEMENT covers the following collateral:

L  ETS, PROCEEDS, ACCOUNTS, FIXTURES, LEGAL NAMES, FUTURE INCOME, BIRTH CERTIFICATE NUMBER, SOCIAL SECURITY NUMBER,
RIVER'S LICENSE, TRUST ACCOUNTS, COMMERCIAL CONTRACTS, COPYRIGHTS, INTELLECTUAL PROPERTY, AND ALL TANGIBLE AND INTANGIBLI
ROPERTY OF THE DEBTOR, KNOWN AND UNKNOWN, NOW EXISTING OR HEREAFTER ARISING, INCLUDING BUT NOT LIMITED TO ALL U.S.
EASURY DIRECT ACCOUNTS, AGENCY ACCOUNTS, AND PUBLIC OR PRIVATE TRUST CONSTRUCTS. DEBTOR IS A TRANSMITTING UTILITY AND
ONSTRUCTIVE TRUST CREATED WITHOUT FULL DISCLOSURE. THIS FILING PERFECTS THE PRIVATE SECURITY AGREEMENT AND RECORDED
ECLARATION OF STATUS BETWEEN THE PARTIES.

| ALTERNATE DESIGNATION (if applicable) | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR |
|---|---|---|---|
| | AG LIEN | NON-UCC FILING | SELLER/BUYER |

Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

] All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

] Florida Documentary Stamp Tax is not required.

OPTIONAL FILER REFERENCE DATA

L-TRUST-MB

ANDARD FORM - FORM UCC-1 (REV.05/2013)         Filing Office Copy         Approved by the Secretary of State, State of Florida

# EXHIBIT B – CRASH REPORT (CSO AUTHORED)

## EXHIBIT B
## CRASH REPORT – COMMUNITY SERVICE OFFICER

This exhibit is a true and correct copy of the official crash report generated by the City of Boca Raton Police Department regarding the incident dated October 15, 2024.

Said report was authored not by a sworn law enforcement officer, but by a Community Service Officer ("CSO") lacking investigative authority under Florida law. At no point was Plaintiff contacted, interviewed, or lawfully engaged by any sworn officer. The report was issued unilaterally, without witness testimony or medical verification, while Plaintiff remained hospitalized in critical condition.

Despite its procedural and evidentiary deficiencies, this report was later used as the sole basis for the issuance of criminal citations without service, notice, or lawful process.

(Attached: Crash Report Authored by CSO)

# FLORIDA TRAFFIC CRASH REPORT

**TRAFFIC CRASH RECORDS**
NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

LONG FORM [X]   SHORT FORM [ ]   UPDATE [ ]

(Electronic Version)

| Date of Crash | Time of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|---|
| 15/Oct/2024 01:12 PM | 15/Oct/2024 01:12 PM | 15/Oct/2024 12:00 AM | 2024012048 | 26596364 |

## CRASH IDENTIFIERS

| County Code | City Code | County of Crash | Place or City of Crash | Within City Limits | Time Reported | Time Dispatched |
|---|---|---|---|---|---|---|
| 06 | 32 | PALM BEACH | BOCA RATON | Yes | 15/Oct/2024 01:12 PM | 15/Oct/2024 01:13 PM |

| Time on Scene | Time Cleared Scene | Completed | Reason (if investigation NOT Completed) | Notified By |
|---|---|---|---|---|
| 15/Oct/2024 01:20 PM | 15/Oct/2024 03:38 PM | Yes | | Law Enforcement |

## ROADWAY INFORMATION

| Crash Occured On Street, Road, Highway | At Street Address# | At Lattitude and Longitude |
|---|---|---|
| W GLADES RD | | |

| Feet | Or Miles | Direction | From Intersection With Street, Road, Highway | Or From Milepost # |
|---|---|---|---|---|
| | | | I-95 | |

| Road System Identifier | Type Of Shoulder | Type Of Intersection |
|---|---|---|
| 3 State | 3 Curb | 2 Four-Way Intersection |

## CRASH INFORMATION (Check If Pictures Taken) [X]

| Light Condition | Weather Condition | Roadway Surface Condition | School Bus Related | Manner Of Collision |
|---|---|---|---|---|
| 1 Daylight | 1 Clear | 1 Dry | 1 No | 3 Angle |

| First Harmful Event Type | First Harmful Event | First Harmful Event Location | Within Interchange | First Harmful Event Relation to Junction |
|---|---|---|---|---|
| | 14 | 1 On Roadway | No | 2 Intersection |

| Contributing Circumstances: Road | Contributing Circumstances: Road | Contributing Circumstances: Road |
|---|---|---|
| 1 None | | |

| Contributing Circumstances: Environment | Contributing Circumstances: Environment | Contributing Circumstances: Environment |
|---|---|---|
| 1 None | | |

| Work Zone Related | Crash In Work Zone | Type Of Work Zone | Workers In Work Zone | Law Enforcement In Work Zone |
|---|---|---|---|---|
| 1 No | | | | |

## VEHICLE (Check If Commercial) [ ]

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg. | VIN |
|---|---|---|---|---|---|---|---|
| 2 | 1 Vehicle In Transport | 1 No | 85CFK | FL | 19/Aug/2026 | No | 5XXGV4L22HG145068 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | KIA | | 4D | WHI | Disabling | 10000 | Yes | DRIVER | |

| Insurance Company | Insurance Policy Number |
|---|---|
| AUTO CLUB INSURANCE COMPANY OF FLOR | PKG701354356 |

| Name of Vehicle Owner (Check Box If Business) [ ] | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|
| CYNTHIA ANN KREBSBACH | 748 PARKSIDE CIRCLE N | BOCA RATON FL | 33486 |

| Trailer One: License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Trailer Two: License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Vehicle Traveling: Direction | On Street, Road, Highway | At Est. Speed | Posted Speed | Total Lanes |
|---|---|---|---|---|
| West | W GLADES RD | 40 | 45 | 6 |

| MV Configuration | Cargo Body Type | Trailer Type (trailer one) | Trailer Type (trailer two) | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|---|---|
| | | | | | |

| Comm GVWR/GCWR | | | | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer |

| Haz. Mat. Release | Haz. Mat. Placard | Number | Class |
|---|---|---|---|
| | | | |

| Motor Carrier Name | US DOT Number |
|---|---|
| | |

| Motor Carrier Address | City and State | Zip Code | Phone Number |
|---|---|---|---|
| | | | |

| Comm/Non-Commercial | Vehicle Body Type | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use | Special Function of MV |
|---|---|---|---|---|---|
| | 1 Passenger Car | 1 None | | 1 No | 1 No Special Function |

| Vehicle Maneuver Action | Trafficway | Roadway Grade | Roadway Alignment | Most Harmful Event | Most Harmful Event Detail |
|---|---|---|---|---|---|
| 1 Straight Ahead | 4 Two-Way, Divided, Positive Median Barrier | 1 Level | 1 Straight | 2 Collision with Non-Fixed Object | 14 Motor Vehicle In Transport |

| Traffic Control Device For This Vehicle | First (1) Sequence of Events | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|
| 5 Traffic Control Signal | 2 Collision with Non-Fixed Object, 14 Motor Vehicle In Transport | | | |

## VEHICLE (Check If Commercial) [ ]

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg. | VIN |
|---|---|---|---|---|---|---|---|
| 1 | 1 Vehicle In Transport | 1 No | MQDA37 | FL | 28/Jan/2025 | No | 1HD4LE218KC430838 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | HD | | MC | BLK | Disabling | 5000 | Yes | EMERALD TOWING | |

| Insurance Company | Insurance Policy Number |
|---|---|
| AUTO CLUB INSURANCE COMPANY OF FLOR | PKG701354356 |

HSMV 90010 S    Page 1 of 4

15/Oct/2024 01:12 PM

| Name of Vehicle Owner (Check Box if Business) | | Current Address (Number and Street) | City and State | | Zip Code |
|---|---|---|---|---|---|
| REBECCA MARIE COHEN | ☐ | 101 S EAST COAST ST APT 217 | LAKE WORTH BEACH FL | | 33460 |

| Trailer e: | License Number | State | Reg. Expires | Permanent Reg. | VIN | | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|---|
| Trailer o: | License Number | State | Reg. Expires | Permanent Reg. | VIN | | Year | Make | Length | Axles |

| Vehicle veling: | Direction East | On Street, Road, Highway | W GLADES RD | | At Est. Speed 40 | Posted Speed 45 | Total Lanes 6 |
|---|---|---|---|---|---|---|---|

| MV Configuration | Cargo Body Type | | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|---|

| GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) | | |
|---|---|---|---|---|

18. Undercarriage
19. Overturn
20. Windshield
21. Trailer

| Haz. Mat. Release | Haz Mat. Placard | Number | Class |
|---|---|---|---|

| Motor Carrier Name | | US DOT Number | | |
|---|---|---|---|---|

| Motor Carrier Address | City and State | Zip Code | Phone Number |
|---|---|---|---|

| Comm/Non-Commercial | Vehicle Body Type 11 Motorcycle | Vehicle Defects (one) 1 None | Vehicle Defects (two) | Emergency Vehicle Use 1 No | Special Function of MV 1 No Special Function |
|---|---|---|---|---|---|

| Vehicle Maneuver Action 1 Straight Ahead | Trafficway 4 Two-Way, Divided, Positive Median Barrier | Roadway Grade 1 Level | Roadway Alignment 1 Straight | Most Harmful Event 2 Collision with Non-Fixed Object | Most Harmful Event Detail 14 Motor Vehicle in Transport |
|---|---|---|---|---|---|

| Traffic Control Device For This Vehicle 5 Traffic Control Signal | First (1) Sequence of Events 2 Collision with Non-Fixed Object 14 Motor Vehicle in Transport | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|

## PERSON RECORD

| Person# 1 | Description 1 Driver | Vehicle # 1 | Name MATTHEW NICHOLAS MANISERO | Date of Birth 16/Jun/1986 | Sex 1 Male | Phone Number (732)710-7408 | Re-Exam No |
|---|---|---|---|---|---|---|---|

| Address 1317 PIAZZA PITTI | City BOYNTON BEACH | State FL | Zip Code 33426 |
|---|---|---|---|

| Driver License Number M526554862160 | State FL | Expires 16/Jun/2027 | DL Type 5 E/Operator | Req. End. 3 No Req Endorsement | Injury Severity 4 Incapacitating | Ejection 1 Not Ejected |
|---|---|---|---|---|---|---|

| Restraint System 1 Not Applicable (non-motorist) | Air Bag Deployed 1 Not Applicable | Helmet Use 1 DOT-Compliant Motorcycle Helmet | Eye Protection 1 Yes | Seating Location Seat 77 Other (explain in narrative) | Seating Location Row | Seating Location Other |
|---|---|---|---|---|---|---|

| Drivers Actions at Time of Crash (first) 11 Ran Red Light | Drivers Actions at Time of Crash (second) | Driver Distracted By 1 Not Distracted | Vision Obstruction 1 Vision Not Obscured |
|---|---|---|---|

| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash 1 Apparently Normal |
|---|---|---|

| Suspected Alcohol Use 1 No | Alcohol Tested | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use 1 No | Drug Tested | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|

| Source of Transport to Medical Facility 2 EMS | EMS Agency Name or ID BOCA RATON FIRE RESCUE | EMS Run Number 24-15220 | Medical Facility Transported To DELRAY COMMUNITY HOSPITAL |
|---|---|---|---|

## PERSON RECORD

| Person# 2 | Description 1 Driver | Vehicle # 2 | Name CYNTHIA ANN KREBSBACH | Date of Birth 19/Aug/1959 | Sex 2 Female | Phone Number (561)706-8685 | Re-Exam No |
|---|---|---|---|---|---|---|---|

| Address 748 PARKSIDE CIRCLE N | City BOCA RATON | State FL | Zip Code 33486 |
|---|---|---|---|

| Driver License Number K612101597990 | State FL | Expires 19/Aug/2026 | DL Type 5 E/Operator | Req. End. 3 No Req Endorsement | Injury Severity 1 None | Ejection 1 Not Ejected |
|---|---|---|---|---|---|---|

| Restraint System 1 Shoulder and Lap Belt Used | Air Bag Deployed 2 Not Deployed | Helmet Use | Eye Protection | Seating Location Seat 1 Left | Seating Location Row 1 Front | Seating Location Other |
|---|---|---|---|---|---|---|

| Drivers Actions at Time of Crash (first) 1 No Contributing Action | Drivers Actions at Time of Crash (second) | Driver Distracted By 1 Not Distracted | Vision Obstruction 1 Vision Not Obscured |
|---|---|---|---|

| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash 1 Apparently Normal |
|---|---|---|

| Suspected Alcohol Use 1 No | Alcohol Tested | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use 1 No | Drug Tested | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|

| Source of Transport to Medical Facility 1 Not Transported | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|

## WITNESSES

| Name BUCK MARTIN BROGDEN | Address 370 NE 24TH ST | City BOCA RATON | State FL | Zip Code 33431 |
|---|---|---|---|---|

## WITNESSES

| Name DONNA SUZANNA DUGAN | Address 367 NW 35TH PL | City BOCA RATON | State FL | Zip Code 33431 |
|---|---|---|---|---|

Page 2 of 4

15/Oct/2024 01:12 PM          15/Oct/2024 01:12 PM

**TNESSES**

| me | Address | City | | State | | Zip Code |
|---|---|---|---|---|---|---|
| AMY RENEE DUGAN | 855 NW 6TH AVE | | BOCA RATON | FL | | 33432 |

**TNESSES**

| me | Address | City | | State | | Zip Code |
|---|---|---|---|---|---|---|
| WAVERLY AUSTIN CUTTER | 14700 SAILFISH DR | | CORAL GABLES | FL | | 33158 |

**RRATIVE**

WAS STOPPED EASTBOUND ON THE RIGHT SHOULDER OF 1700 W GLADES RD. V2 WAS TRAVELING WEST IN THE RIGHT LANE OF 1600 W GLADES RD PROACHING A GREEN TRAFFIC SIGNAL. W1 WAS STOPPED EASTBOUND ON THE 1800 BLOCK OF W GLADES RD FOR A RED TRAFFIC SIGNAL. W2 AND W3 WERE AVELING WEST IN THE SAME VEHICLE. W4 WAS EASTBOUND FOR A RED TRAFFIC SIGNAL.

STATED SHE WAS TRAVELING WEST APPROACHING THE GLADES RD DIAMOND INTERCHANGE CROSSOVER INTERSECTION. D2 STATED SHE WAS FACING A EEN TRAFFIC SIGNAL. D2 STATED AS SHE ENTERED THE INTERSECTION SHE OBSERVED A MOTORCYCLE, V1 ENTERING THE INTERSECTION FROM THE STBOUND RIGHT SHOULDER. D2 STATED SHE APPLIED HER VEHICLES BRAKES BUT COULD NOT STOP IN TIME.

AND W4 WERE STOPPED EASTBOUND AT THE INTERSECTION AT A RED TRAFFIC SIGNAL. BOTH WITNESSES HAD OBSERVED V1 ON THE RIGHT SHOULDER TEMPTING TO REPAIR THE MOTORCYCLE. W1 AND W4 OBSERVED V1 ENTER THE INTERSECTION AGAINST THE RED TRAFFIC SIGNAL AND CROSS INTO THE TERSECTION WHILE WESTBOUND TRAFFIC WAS FLOWING. W4'S VEHICLE WAS EQUIPPED WITH A DASH CAMERA THE CAPTURED VIDEO OF THE CRASH.

! AND W3 WERE TRAVELING WEST BEHIND V2. BOTH WITNESSES CONFIRMED THAT WESTBOUND TRAFFIC HAD A GREEN TRAFFIC SIGNAL.

COLLIDED WITH THE FRONT OF V2. D1 WAS EJECTED FROM THE MOTORCYCLE AND CAME TO REST ON THE ROADWAY. D1 WAS TRANSPORTED AS A TRAUMA ERT TO DELRAY ER BY BRFR. THI AND CRIME SCENE RESPONDED.

**PORTING OFFICER**

| /Badge #<br>A482 | Rank and Name<br>COMMUNITY SERVICE OFFICER K. LINTZERIS | Department<br>BOCA RATON POLICE DEPARTMENT | Type of Department<br>PD |
|---|---|---|---|

Drawing Not To Scale.